**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS**

Evelyna Seabolt

Plaintiff(s),

v.

Moody Bible Institute

Defendant(s).

Case No. 1:26-cv-09317
Judge Franklin U. Valderrama

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☑ other: This case was reassigned to Judge Valderrama for consolidation with the related Case No. 1:26-cv-07208. In view of the filing of a consolidated amended complaint in Case No. 1:26-cv-07208, R. 18, this case is administratively closed. Civil case terminated.

---

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☑ decided by Judge Franklin U. Valderrama on a motion to dismiss.

Date: 10/23/2026

Thomas G. Bruton, Clerk of Court

Jonathan Martinez , Deputy Clerk